## JORDAN *v.* STRANGE.

LUMPKIN, J. The verdict in this case was authorized by the evidence. No error was assigned except the overruling of the motion for a new trial, based on the general grounds that the verdict was contrary to law and evidence, and to the weight of the evidence, and was without evidence to support it. There was no error in overruling the motion.

*Judgment affirmed. All the Justices concur.*

APRIL 16, 1910.

Action for breach of warranty. Before Judge Littlejohn. Schley superior court. May 22, 1909.

*Hart & Taylor* and *Shipp & Sheppard,* for plaintiff in error.
*Charles R. McCrory,* contra.